# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LUCERO,<br><br>Plaintiff,<br><br>v.<br><br>S. ARMALE, et al.,<br><br>Defendants. | Case No.: 3:17-cv-957-BTM-RBB<br><br>**ORDER OF DISMISSAL**<br><br>**[ECF Nos. 31, 41]** |

Before the Court is the parties' joint motion to dismiss this case with prejudice. (ECF No. 41.) All parties who have appeared have stipulated to this motion. Upon due consideration, the Court **GRANTS** the motion. This action is hereby **ORDERED DISMISSED WITH PREJUDICE**. The Clerk shall enter a final judgment dismissing all defendants with prejudice and close this case. Plaintiff's motion for leave to proceed *in forma pauperis* (ECF No. 31) is **DENIED** as moot.

**IT IS SO ORDERED**.

Dated: April 2, 2020

_____
Honorable Barry Ted Moskowitz
United States District Judge